# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154131 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KAREY LEE ROSE,
      Defendant-Appellant.
_____/

SC: 154131
COA: 332684
Oakland CC: 2015-253719-FC

      On order of the Court, the motion to file a supplement is GRANTED. The application for leave to appeal the June 7, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



d1214

Clerk